IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
　　Plaintiff,

VS.

J. COKER, et al.,
　　Defendants.

Case No.: 3:17cv97/LAC/EMT

## RESPONSE TO DEFENDANTS SCHROCK AND GAYNOR'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW Plaintiff, Joseph Louis D'Alessandro, III, Prose, to hereby move this court to deny the Defendants Motion To Dismiss, and as grounds therefore State the following:

1. Schrock and Gaynor allowed Plaintiff to be sprayed with chemical agents multiple times while Plaintiff was in a locked Shower, in locked hand restraints, and under severe psychological duress.

2. Schrock and Gaynor are in charge of making sure the Plaintiff has recieved a cold water shower to decontaminate the chemical agents from his "entire" body. Shrock and Gaynor did not allow or make sure Plaintiff recieved a cold water shower to fully decontaminate his "entire" body, neither did the Plaintiff State in his complaint he was allowed a full shower to wash "entire" body of chemicals.

3. Schrock and Gaynor allowed Defendant W. Stephens to turn off all cell water. Plaintiff was put in cell with no sink or toilet water, so he could attempt to wash in the cell. Plaintiff notified Schrock and Gaynor, to which no assistance was given to turn the cell water back on.

4. Plaintiff did have serious medical issue due to his skin, eyes, lungs, and nasal being contaminated by chemical agents. No medical treatment was given to plaintiff at the time after being sprayed with chemicals. Plaintiff had to be treated after the fact, and was given burn cream, eye wash, and nasal and lung decongestants.

WHEREFORE, Plaintiff Joseph Louis D'Alessandro, III, respectfully request that this Honorable Court deny the Defendants motion to dismiss and provide such other relief as the Court deems just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via U.S. Mail to: U.S. District Court, 100 N. Palafox Street, Pensacola, FL 32502 and Michelle L. Hendrix, Esq., Vernis and Bowling, 715 S. Palafox Street, Pensacola, FL 32502, Counsel for Defendants, Schrock and Gaynor on this 18th day of December, 2017.



PROVIDED TO SANTA ROSA C.I. ON
DEC 18 2017
FOR MAILING BY ____

Joseph Luis D'Alessandro, III
#B08864
Santa Rosa Correctional Institution - Annex
5850 East Milton Road
Milton, FL 32583

PENSACOLA FL 325

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

ZIP 32583
02 1W
0001403059DEC 19 2017
U.S. POSTAGE >> PITNEY BOWES
$ 000.46⁰

32502-463900

U.S. District Court
100 N. Palafox Street
Pensacola, FL 32502