IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROVIDED TO SANTA ROSA C.I. ON FEB 2 2 2018 FOR MAILING BY ___

JOSEPH LOUIS D'ALESSANDRO, III,
   Plaintiff,

V.                                          Case No. 3:17cv97/LAC/EMT

J. COKER, et al.,
   Defendants.
_____/

## REQUEST FOR ENTRY OF DEFAULT

TO: Clerk of the Court:

   Will you please enter the default of defendants J. Coker, G. Taylor, W. Stephens and, K. Rosati for failure to plead or other wise defend as provided by the Fed. R. of Civ. P., as appears from the attached declaration of Joseph Louis D'Alessandro, III.

February 22, 2018.

X /s/ ___ - DC#B08864
Joseph Louis D'Alessandro, III
DC#B08864
Santa Rosa CI
5850 E. Milton Road
Milton, FL 32583

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
  Plaintiff,
v.                              Case No. 3:17cv97/LAC/EMT
J. COKER, et al.,
  Defendants.
_____/

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

Plaintiff, Joseph Louis D'Alessandro, III states:

1. I am the pro se Plaintiff in the above-entitled matter.

2. The defendants J. Coker, G. Taylor, W. Stephens, and K. Rosati were served with a copy of the summons and complaint as appears from the proof of service on file.

3. The defendants J. Coker, G. Taylor, W. Stephens, and K. Rosati have not filed or served any notice of appearance in over the 30 days the Court ordered or an answer in over the 60 days the Court ordered. No other actions as may be permitted by law have been filed or served.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

February 22, 2018.

X_____ -DC#B08864
Joseph Louis D'Alessandro, III
DC# B08864
Santa Rosa CI
5850 E. Milton Road
Milton, FL 32583

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
Plaintiff,

v.                    Case No. 3:17cv97/LAC/EMT

J. COKER, et al.,
Defendants.

REQUEST FOR ENTRY OF DEFAULT JUDGMENT

TO: Clerk of the Court:

Plaintiff, Joseph Louis D'Alessandro, III request that you enter judgment in default based upon the attached declaration against defendants J. Coker, G. Taylor, W. Stephens, and K. Rosati in the above-entitled matter for the relief that was requested in his complaint by issuing declartory relief stating that the acts and omissions described herein violate his rights under the Eighth Amendment of the U.S. Constitution, Awarding nominal damages against each defendant jointly and severally, Recovering the Cost in this suit, and Any additional relief the Court deems just, proper, and equitable.

February 22, 2018.

X _____ -DC#B08804
Joseph Louis D'Alessandro, III
DC#B08804
Santa Rosa CI
5850 East Milton Road
Milton, FL 32583

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
   Plaintiff,
v.                Case No. 3:17cv97/LAC/EMT
J. COKER, et al.,
   Defendants.
_____/

## DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT

Plaintiff, Joseph Louis D'Alessandro, III states:

1. I am the pro se Plaintiff in the above-entitled matter.

2. The default of the defendants J. Coker, G. Taylor, W. Stephens, and K. Rosati has been entered for failure to appear in this action.

3. The amount due to Plaintiff from the defendants is: The Relief Request by the Plaintiff in this suit.

4. The defendants are not in the military service as shown by the attached declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

February 22, 2018.

_____ -DC#B08864
Joseph Louis DAlessandro, III
DC#B08864
Santa Rosa CI
5850 E. Milton Road
Milton, FL 32583

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
　Plaintiff,
V.　　　　　　　　　　　Case No. 3:17cv97/LAC/EMT
J. COKER, et al.,
　Defendants.

## DECLARATION AS TO MILITARY SERVICE

Plaintiff, Joseph Louis D'Alessandro, III States:

1. I am the pro se Plaintiff in the above-entitled matter. I make this declaration pursuant to the requirements of the Soldiers' and Sailors' Civil Relief Act, 50 U.S.C., Appendix § 520.

2. The defendants J. Coker, G. Taylor, and W. Stephens are currently employed with the Florida Department of Corrections. The defendant K. Rosati is currently employed with The Health Center of Pensacola.

3. Based on that fact, the plaintiff is convinced that defendants J. Coker, G. Taylor, W. Stephens, and K. Rosati are not in the military of the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

February 22, 2018.

X _____ - DC#B088604
Joseph Louis D'Alessandro, III
DC#B088604
Santa Rosa C.I.
5850 E. Milton Road
Milton, FL 32583

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Request for Entry of Default, Declaration In Support OF Entry OF Default, Request For Entry Of Default, Declaration In Support OF Request For Entry Default Judgment, and Declaration as to Military Service was mailed to; U.S. District Clerk of Court, 100 N. Palafox St. Pensacola, FL 32502 and Michelle L. Hendrix, Esq. Vernis & Bowling, Attorneys At Law, 315 S. Palafox St. Pensacola, FL 32502 on February 22, 2018.

Respectfully Submitted,

X _____ -DC#B08860____
Joseph Louis D'Alessandro, III
DC#B08860U
Santa Rosa CI
5850 E. Milton Road
Milton, FL 32583

Joseph Louis D'Alessandro, III
DC# B08804
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

☒ ✉ →  📬
LEGAL MAIL ONLY

CHECKED FEB 26 2018

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

PENSACOLA
FL 325



U.S. POSTAGE >> PITNEY BOWES
ZIP 32583 $ 000.47⁰
02 1W
0001403059 FEB 23 2018
IND.

U.S. District Court
100 N. Palafox St.
Pensacola, FL 32502

32502-483900