IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
   Plaintiff,

v.

J. COKER, et al.,
   Defendants.

Case No. 3:17cv97/LAC/EMT

MAR 0 1 2018

## RESPONSE TO DEFENDANT JIMMY COKER'S MOTION TO DISMISS

COMES NOW Plaintiff, Joseph Louis D'Alessandro, III, pro se, and hereby moves this Honorable Court to Grant this Response to Defendant's Motion to Dismiss, based on the following:

1. Defendant Coker was contacted via telephone by the Officer in Charge, which was Defendant J. Schrock, J. Gaynor, or G. Taylor. This call to Coker was established for the reason of recieving Authorization to use Chemical Agent Force upon the Plaintiff. The Officer in Charge had to explain to Coker the reasons why and circumstances around the situation, which was that Plaintiff under a state of psychological emergency, and was being place on "SHOS/Procedure Enhancement" by mental health in his cell because the Medical Isolation/SHOS cells were full, and that Plaintiff was in a locked shower in handrestraints. Based upon this knowledge Coker should not have authorized chemical Agent Force, and by him doing so has violated Plaintiff's Constitutional Rights, of deliberate indifference.

2. Per FDOC Policy inmates that are placed on "SHOS/Procedure-Enhancement" and are graded as S-4 or S-5 by Mental Health, are not to be subjected to any use of chemical Agents. Defendant Coker knew of Plaintiff's psychological State and that he would be placed in SHOS housing, and the Chemical Agents Force Authorization Coker allowed he violated Plaintiff's Constitution Rights, of cruel and unusual punishment.

3. Defendant Coker is not immune from this suit because the Officer in Charge explained the situation during the telephone call to recieve or not recieve Chemical Agent Force Authorization, being explained Coker knew Plaintiff was in a

- 1 -

State of Psychological Emergency. Was being placed on SHOS status, which renders him not to be sprayed with chemical Agent because of the grade of S-4/S-5 by mental Health- all inmates on SHOS status are graded as S-4/S-5. As well as Plaintiff being locked in a shower and his hands being locked in hand restraints.

4. Per FDOC policy inmate shall not be subjected to Chemical Agents while locked in hand restraints. In this instant situation, the only force that should have been authorized by Coker is physical Cell Extraction.

5. Plaintiff called multiple psychological emergencies on fixed Audio records, and on handheld operated use of Force Audio/Video recordings.

6. By all these grounds stated above Defendant Coker has violated Plaintiff's Constitutional Rights. He was sprayed with Chemical Agents while under an extreme state of Psychological Emergencies, which is against FDOC policy, which Coker authorized, and he was sprayed with Chemical agents while his hands were locked in hand restraints, again which is against FDOC policy and Coker had knowledge and was well advised of the whole and entire situation from the officer in charge that contacted Coker which does not render him immune from this suit. By him authorizing the Chemical Agents he has cruely and unusually punished Plaintiff, as well has treated Plaintiff with deliberate indifference.

7. Defendant Coker is also in Default for filing a Notice of Appearance after the 30 days ordered on the Case management and Scheduling Order. As well as he is in Default for filing a response and pleading after the 60 days ordered on the same Case Management and Scheduling Order. There is no excuse for Coker filing these pleading late, and well over the 30 and 60 days' granted by the Court upon the complaints being served on defendants.

WHEREFORE, Plaintiff Joseph Louis D'Alessandro, III, respectfully requests that this Honorable Court grant his Response to Defendant Jimmy Coker's Motion to Dismiss and provide such other relief as the Court deems proper.

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Response To Defendant Jimmy Coker's Motion To Dismiss" was filed via U.S. Mail to: Defendant's Counsel, Michelle L. Hendrix, Esq. Of Vernis & Bowling, Attorneys At Law, 315 South Palafox St. Pensacola, FL 32502 and U.S. District Court, 100 North Palafox St. Pensacola, FL 32502 on this 1st day of March, 2018.

Respectfully Submitted,

X _____
Joseph Louis D'Alessandro, III
DC#B08864
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583