IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
Plaintiff,

V.    Case No. 3:17cv97/LAC/EMT

J. COKER, et al.,
Defendants.
_____/

RESPONSE TO DEFENDANTS WILLIAM STEPHENS AND GILBERT TAYLOR'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Comes Now, Plaintiff Joseph Louis D'Alessandro, III, prose, and hereby moves this Court to Grant this Response to Defendants motion to Dismiss, based on the following:

1. Defendants Stephens ~~and Taylor~~ Clearly and knowingly violated Plaintiffs Constitutional Rights: By Stephens spraying and subjecting Plaintiff to Chemical agents while in a state of psychological emergency, and while he was locked in hand restraints, as well as Stephens not allowing Plaintiff an adequate cool water decontamination shower and him cutting off cell water so plaintiff could not decontaminate himself all violate Plaintiff, subjecting him to Cruel and unusual punishments, and excessive force under the Eighth Amendment.

2. Per FDOC policies inmate place on "SHOS/Procedure Enhancement" and graded as S-4/S-5 by Mental health are not to be subjected to use of Chemical agents, or locked in handrestraints. Also inmates that have been subjected to chemical agents are to be allowed an adequate "Full Body" decontamination cool water shower, which was not allowed to Plaintiff by Stephens.

3. Defendant Taylor clearly and knowingly violated plaintiff's Constitutional Rights: By Taylor allowing Plaintiff to be subjected to Chemical Agents. Taylor should have intervened the use of Chemical Agents when he seen Plaintiff was under an extreme state of psychological emergency, as well as he should have stopped the use of chemical agents because Plaintiff was still locked in

-1-

hand restraints. Taylor also did not allow a Plaintiff an adequate cool water decontamination shower, all of which violate the Plaintiff, subjecting him to cruel and unusual punishment, and excessive force under the Eighth Amendment.

4. The FPOC Policies, as stated in paragraph 2. of this motion are the same and apply to Defendant Taylor.

5. Plaintiff stated that he was only allowed to rinse his face- that is not an adequate cool water decontamination shower. Plaintiff stated in the complaint that he was not given an sufficient decontamination shower (see Doc. 11, para. V, sub para. 22). Plaintiff stated in the complaint that he had chemical agent all over his entire body that severely burned his skin, eyes, and affected his breathing (see Doc. 11, para. V, sub para. 23).

6. By all the grounds above Defendants Stephens and Taylor have clearly violated Plaintiff's constitutional Rights. Stephens sprayed the plaintiff with chemical Agents while in a state of psychological Emergency, and while locked in hand restraints. Also by not allowing Plaintiff an adequate "full body" shower and by cutting off Plaintiff's cell water. The acts by Stephens are cruel and unusual punishments and excessive use of force. Taylor allowed Plaintiff to be sprayed with chemical agents while in a state of psychological emergency, as well as he did not allow the plaintiff an adequate "full body" shower. Thus Taylors' acts are cruel and unusual punishments, and treated Plaintiff with deliberate indifference.

7. Defendants Stephens and Taylor are also in Default for filing a Notice of Appearance and a response and pleading after the 30 and 60 days the court ordered upon the Complaints being served.

WHEREFORE, Plaintiff Joseph Louis D'Alessandro, III, respectfully requests that this Court grant his Response To Defendants William Stephens and Gilbert Taylor's Motion To Dismiss Plaintiff's Second Amended Complaint and provide such other relief as the court deems proper.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Response To Defendant's Stephen's and Taylor's Motion To Dismiss" was filed via U.S. mail to: Defendants Counsel, Michelle L. Hendrix, Esq. Of Vernis & Bowling, Attorneys At Law, 315 South Palafox St. Pensacola, FL 32502 and U.S. District Court, 100 North Palafox St. Pensacola, FL 32502 on this 1st day of March, 2018.

Respectfully Submitted,

Joseph Louis D'Alessandro, III
DC# B08864
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

-3-

Joseph Louis D'Alessandro, III
D/#B08864
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

☒ → 📪
LEGAL MAIL ONLY

CHECKED MAR 5 - 2018

PENSACOLA FL 325
MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

U.S. POSTAGE >> PITNEY BOWES
ZIP 32583
02 1W
0001403059 MAR 02 2018
$ 000.68⁰

INO.

U.S. District Court
100 North Palafox Street
Pensacola, FL 32502

32502-493900