# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III

VS                                                    Case No.: 3:17cv97/LAC/EMT

J. COKER, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on      March 6, 2018
Type of Motion/Pleading:   Motion to Reopen Discovery
Filed by:  Defendant Rosati       on 3/6/18       ECF No.   55
( )    Stipulated/Consented/Joint Pleading
RESPONSES:

                                              on _____  ECF No.# _____
                                              JESSICA LYUBLANOVITS, CLERK OF COURT

                                               /s/ *Teresa Milstead*
                                              Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 6th day of March 2018, that:

The requested relief is **GRANTED**. Discovery is re-opened for a period of **THIRTY (30) DAYS** from the date of this order and for the limited purpose of Defendant Rosati's obtaining medical and grievance records from the Florida Department of Corrections.

                                               /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **CHIEF UNITED STATES MAGISTRATE JUDGE**