IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
    Plaintiff,

vs.                                                     Case No.: 3:17cv97/LAC/EMT

J. COKER, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 8, 2018 (ECF No. 58). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motions to dismiss filed by Defendants Coker, Stephens, Taylor, Schrock, and Gaynor (ECF Nos. 34, 47, 48) are **GRANTED**, and Plaintiff's claims

against these Defendants are **DISMISSED**.

3. Plaintiff's motions for default and default judgment (ECF No. 50) are **DENIED**.

4. This case is remanded to the assigned magistrate judge for further proceedings on Plaintiff's deliberate indifference claim against Defendant Nurse Rosati.

**DONE AND ORDERED** this 5th day of June, 2018.

                                                   *s/L.A. Collier*
                                                   **LACEY A. COLLIER**
                                                   **SENIOR UNITED STATES DISTRICT JUDGE**