UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CASE NO.: 3:17-CV-00097-LC-EMT

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

vs.

ROSATI,

    Defendant.
_____/

**DEFENDANT ROSATI'S ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Rosati ("Rosati") files this Answer, Affirmative Defenses and Jury Demand to Plaintiff's Second Complaint ("Complaint") [ECF #11] as follows:

1. Rosati denies all allegations contained in the Complaint unless specifically admitted herein, and demand strict proof of all denied allegations.

**AFFIRMATIVE DEFENSES**

1. As a first affirmative defense, Rosati states that the Plaintiff failed to exhaust administrative remedies through the prison's grievance procedure as required by the Prison Litigation Reform Act. Therefore, Plaintiff's claims are dismissible.

2. As a second affirmative defense, Rosati states that Plaintiff's claims amount to no more than a difference of opinion between him and Rosati, which is not actionable in a prisoner civil rights claim.

3. As a third affirmative defense, Rosati states that if the Plaintiff suffered any injury or damage, it was due in whole or in part to his own actions.

4. As a fourth affirmative defense, Rosati states that if the Plaintiff suffered any injury or damage, it was due in whole or in part to the actions of third parties not under the control of Rosati and her liability, if any, should be reduced in proportion to the actions of those third parties.

5. As a fifth affirmative defense, Rosati states that all decisions made regarding the Plaintiff's treatment were in accordance with sound medical and mental health practices and were the result of the use of her own professional judgment. Therefore, those actions cannot form the basis of a prisoner civil rights claim brought pursuant to section 1983.

6. As a sixth affirmative defense, Rosati states that the allegations in the Complaint sound in medical malpractice, which is not an appropriate basis for a prisoner civil rights claim.

## **JURY DEMAND**

Rosati demands trial by jury on all issues so triable.

By:     /s/ Gregg A. Toomey
    Gregg A. Toomey
    Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

Joseph L. D'Alessandro, III
DC# B08864
R.M.C. Main Unit – K3115L
PO Box 628
Lake Butler, FL 32054
*Pro Se*

Jerry D. Sanders
Michelle L. Hendrix
*Attorneys for Defendants Coker, Taylor, Schrock, Gaynor and Stephens*
Vernis & Bowling of NW Florida, PA
315 S. Palafox Street
Pensacola, FL 32502
Phone: 850-433-5461
Fax: 850-432-0166
Email: jsanders@florida-law.com
mhendrix@florida-law.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendant Rosati*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:     /s/ Gregg A. Toomey
    Gregg A. Toomey
    Florida Bar No. 159689